## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

## EMPLOYMENT DISCRIMINATION COMPLAINT FOR PRO SE LITIGANTS IN ACTIONS FILED UNDER 42 U.S.C. § 2000e, *et seq.*, (Title VII of the Civil Rights Act)

**DONALD SANDERS, JR.,**

**v.**

Case No.: _4:21cv434-RH/ MAF_
*(To be filled in by the Clerk's Office)*

**HeliService LLC (aka HeliService Power Line Solutions)**
**Ben Williams**
**Sandra Williams**

,

**Jury Trial Requested?**

**X YES** ☐ NO

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff

1. Plaintiff's Name:

Donald Sanders, Jr.
P.O. Box 983
Apalachicola, FL 32329-0010

Telephone: *(Cell)* 850-323-0151 *(Other)* 850-370-0463

B. Defendant(s)

1. Defendant's Name:

FILED USDC FLND TL
OCT 29 '21 PM 1:44

HeliService LLC (aka HeliService Power Line Solutions)
Ben Williams (Owner/Manager)
Sandra Williams (Owner/Manager)

Address: 1321 Apopka Airport Rd. Hangar 161
         Apopka, FL 32712

## II. BASIS FOR JURSIDICTION

This case is brought for discrimination in employment pursuant to:

Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C.

§ 2000e - § 2000e-17 *(race, color, gender, religion, national*

*origin)*

## III. STATEMENT OF CLAIM

Defendant, HeliService LLC (aka HeliService Power Line Solutions) is a

Limited Liability Company in Florida. State of Florida Division of Corporations

indicates Ben Williams and Sandra Williams as Managers.

HeliService LLC offers professional and high-quality construction services with

a proven track record of safety, performance and utilizing aerial skills for a

variety of utility and contractor clients.

On October 10, 2018, the Panhandle of Florida was severely damaged by

Hurricane Michael.  Franklin, Gulf and Bay Counties were hit the hardest by the hurricane.

Plaintiff, Donald "Chip" Sanders, an African-American, who lives in Apalachicola, Florida, in Franklin County began working for Defendant on or about December 13, 2018.

Plaintiff worked with Jason Canada, a chief helicopter mechanic for Defendant from December 13, 2018 in Apopka, FL until he stopped for the holidays, on or about December 22, 2018. During this time, Defendant was trained, instructed and performed certain work tasks.

On or about January 1, 2019, Plaintiff drove Defendant Ben Williams' company vehicle from Apalachicola to Apopka, FL and drove back Ben Williams' truck and returned to Apalachicola.

On or about January 2, 2019, Plaintiff began working with a HeliService crew at the Apalachicola Airport, as a groundman.  Defendant's first General Foreman was Tyler McIntyre. He was replaced after a few weeks by Brian Pearce, who was a new employee to HeliService.

During this time that Plaintiff was employed, he would work at different locations; Yard 1 in Port St. Joe area, Yard 2 Highway 386 area, Yard 3 Wewahitchka/Mexico Beach area, Yard 4 Calloway Highway 22 area.

There were no other African-Americans on Plaintiff's crew.

After Defendant's employee Brian Pearce arrived, Plaintiff noticed attitudes towards him begin to become poor. Brian Pearce and Defendant's employee Darren Kronberger became pretty tight. Both Brian Pearce and Darren Kronberger would yell at Plaintiff and mock and ridicule him and allow others to do the same.

On or about January 16, 2019, Plaintiff received a very positive text from Defendant Ben Williams: "Excellent Job chip" (sic)

On or about January 26, 2019, Plaintiff received a text from Defendant's employee Darren Kronberger:

"Reports of a damaged car that hit a pressure washer know anything about it" (sic)

This was a prank. Plaintiff did not take this type of prank well. Plaintiff felt he was being mocked and ridiculed. He did not feel he could trust Darren Kronberger's judgement any longer, because of his unprofessional manner.

Plaintiff was the target of mocking and insults on numerous occasins.

Plaintiff did bring the joking and ridiculing to Ben Williams and Jason Canada's attention.

The horseplay, joking and ridiculing was very distracting, and it bothered Plaintiff. It was so bad, that he did not know what to expect day to day.

On or about February 15, 2019, Brian Pearce pulled me aside and had me get into a truck at Yard #1. He was red in the face and told me he had a group meeting with the others on the crew and they talked about keeping me and Brian Pearce told me that everyone wanted me to go. Plaintiff told Brian Pearce to the effect that Plaintiff thought he treated me like shit since day one and said Plaintiff thought he was a racist prick.

Plaintiff called Jason Canada in Apopka, FL and asked him about this group meeting. Jason Canada told me that he knew nothing about it.

Plaintiff sent Ben Williams a text on February 15, 2019 at 3:59 p.m.: "I was fired for no reason because Brian Pearce is a Racist He told me I was pretty much dumb and he has been yelling and picking at me for days I reported this to Jason a week ago" (sic)

Ben Williams responded by text: "Chip You were let go do to crew reduction on that particular job. This request came from Management not from Brian Pearce. I asked Brian two weeks ago to start a crew reduction. We are Down sizing our crews and sending excess people home as we are nearing completion of the project. We will be sending additional Men home next week. Most people look forward to going home for a rest. And then check in with the office when they are ready for work again. That is the way the Powerline industry works. We appreciate your hard work chip and I would hope you would not A layoff as

something personal. You have done a good job and will have additional opprotunity's in the future. We do not deserve problems over Giving you a great job. So think about that you know very well I am not a racist." (sic)

Ben Williams further texted: "Chip I will give you a call In the Morning I am boarding A flight and will arrive late tonight." (sic)

Plaintiff responded by text: "I totally understand ben and I know for sure you're no racist..But Brian Pearce has been treating me badly since a couple weeks agoAnd today he pulled me in his truck and turned red and told me basically I was dumb…And then proceeded to say and that he was going to let me go because there was no more work..He even yelled at me the other day and Richard' evil heard him do it…Just please give me a call tomorrow thanks Ben" (sic)

Plaintiff further texted: I will be seeking legal Action for this matter…" (sic)

Plaintiff never received a call from Ben Williams.

On Wednesday, March 6, 2019 at 4:32 p.m. Plaintiff sent Ben Williams the following text: "Heard you got a 20 week job in The Carolinas..I,m ready willing and able to start any assignments thanks Chip" (sic)

Ben Williams responded by text: "Chip  After all the negative accusations made against our employees. The phone calls made to our customers slandering my company. I do not think it would be safe working environment for you here."

(sic)

Plaintiff responded by text: "Never slander against Heli service or you!!" (sic)

Ben Williams responded by text: "I was really disappointed to see you waste such a great opportunity. Regardless whats been done is done." (sic)

As of March 6, 2019, this is the last communication Plaintiff have had with Ben Williams.

Plaintiff contacted the Equal Employment Opportunity Commission (EEOC) and filed a Charge of Discrimination on May 19, 2019. The EEOC investigated Plaintiff's Charge #511-2019-01465 and issued a Letter of Determination dated June 6, 2021. The EEOC determined that the evidence establishes there is reason to believe the Plaintiff was not recalled from layoff in retaliation for engaging in a protected activity in violation of Title VII, as amended.

Conciliation discussions did take place between the Parties, without a resolution.

EEOC issued the "right to sue" letter dated August 2, 2021.

A. The discriminatory conduct at issue includes *(check all that apply)*:

X Failure to hire

☐ Termination of employment

☐ Failure to promote

☐ Failure to accommodate disability

☐ Unequal terms and conditions of employment

X Retaliation

☐ Other acts *(specify)*: _____

*(ATTENTION: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission may be considered by the federal district court under the federal employment discrimination statutes.)*

B. The alleged discriminatory acts occurred on: Mid-January 2019 till March 6, 2019

☐ Plaintiff sought re-employment with Defendant on March 6, 2019

☐ Was employed by Defendant from December 13, 2018 until February 15, 2019

C. The location where Plaintiff was employed or sought employment was:

Because of the type of business, physical work locations will vary.

## IV. EXHAUSTION OF FEDERAL ADMINISTRATIVE REMEDIES

A.  Plaintiff filed charges against Defendant with the Equal Employment Opportunity Commission or the Florida Commission on Human Rights on: <u>May 9, 2019</u>

B.  Respondent(s) named on the charging document were: <u>HeliService</u>

_____

(*If possible, attach a copy of the charges filed.*)

C.  The Equal Employment Opportunity Commission: *(check one)*

☐  Has not issued a Notice of Right to Sue letter.

XX Issued a Notice of Right to Sue letter which I received after August 2, 2021

*(Note: You must attach a copy of the Notice of Right to Sue letter received from the Equal Employment Opportunity Commission to this complaint.)*

D.  As claimed in the Equal Employment Opportunity Commission charging document, Defendant discriminated against Plaintiff because of Plaintiff's:

☐  Gender/Sex *(please identify)* _____

XX Race *(please identify)* **African American** _____

☐  Color *(please identify)* _____

☐ Disability/Perceived Disability *(please identify)* _____

☐Age *(please provide your year of birth only if you asserting a claim for age discrimination)* _____

XX Other *(please identify)* _**RETALIATION**

Plaintiff:

☐ Filed charges concerning this discrimination with the Florida Commission on Human Relations on ; or

XX Did not file.

E. If asserting a claim for age discrimination, please indicate the amount of time that has elapsed since filing your charge of age discrimination with the Equal Employment Opportunity Commission regarding the Defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days ore more have elapsed.

☐ Less than 60 days have elapsed.

F. If this is a disability-related claim, did Defendant deny a request for a reasonable accommodation?  ☐ Yes      ☐ No

Explain: _____

_____

G.     The facts as set forth above in Section III of this complaint:

☐ Are still being committed by Defendant against Plaintiff

☐ Are no longer being committed by Defendant against Plaintiff

H. Plaintiff:

☐ Still works for Defendant

XX No longer works for Defendant

☐ Was not hired

## V. RELIEF

Briefly state what damages you are requesting and include the amounts of any actual damages claimed and the basis for these amounts. Include any punitive or exemplary damages requested and state the reasons you believe you are entitled to such damages:

WHEREFORE, Plaintiff pray judgment against Defendants as hereinafter set forth:

1. For compensatory and general damages in an amount according to proof;

For past and future incidental, and service expenses according to proof;

For pre- and post-judgment interest on all damages as allowed by the law;

For costs of suit incurred herein;

For attorney fees under existing law; and

For such other and further relief as the Court may deem just and proper

Plaintiff also requests that the Court grant the following relief to Plaintiff:

☐ Defendant be directed to employ Plaintiff

☐ Defendant be directed to re-employ Plaintiff

☐ Defendant be directed to promote Plaintiff

☐ Defendant be directed to _____

_____

XX  Plaintiff seeks costs and fees involved in litigating this case and such otherrelief as may be appropriate, including attorney's fees, if applicable.

## VI. CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing

address. I understand that my failure to keep a current address on file with the

Clerk's Office may result in the dismissal of my case.


Date: <u>October 28, 2021</u>

Plaintiff's Signature: _____


Donald Sanders, Jr

201 14th ST

P.O. Box 983

Apalachicola, FL 32329-0983

partytraptv@gmail.com

850-323-0151

850-370-0463

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | 511-2019-01465 |

| Florida Commission On Human Relations | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone | Year of Birth |
|---|---|---|
| Mr. Donald Sanders | (850) 653-8733 | |

| Street Address | City, State and ZIP Code |
|---|---|
| 201 14th st, po box 983, APALACHICOLA, FL 32320 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| HELI SERVICE | | (407) 964-1070 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1321 Apopka Airport Rd, APOPKA, FL 32712 | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 03-06-2019     Latest: 03-06-2019
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

On or about December 13, 2018, I began working for HeliService LLC (aka HeliService Power Line Solutions). I worked with Jason Canada without any negative instances from December 13, 2018 in Apopka, FL until we stopped for the holidays, on or about December 22, 2018. On or about January 2, 2019, I began working with a HeliService crew at the Apalachicola Airport, as a groundman. On or about January 4, 2019, Darren Kronberger began mocking my clothes. This happened almost a daily. I wore a fire-resistant shirt and Darren Kronberger would ridicule me by making remarks that this is something linemen wore and why did I wear it. Darren Kronberger also told me at some point that Ben Williams was interested in making me a lineman, which was not true. On or about January 7, 2019, Darren Kronberger wanted to go home early and was upset with me. On or about January 26, 2019, Darren Kronberger intimidated me, by informing me that my pressure washer had damaged a Duke Energy vehicle. It was not clear to me who I was suppose to be getting my work assignments from and who was suppose to be instructing me on how to properly and safely complete these assignments. When I asked Brian Pearce about this, he pulled me in a corner, pointed his finger at me in an intimidating manner, he responded to the effect, Everyones your boss. This occurred on or about January 26, 2019. Following the January 26th incident, because I did not take the Duke Energy vehicle prank well, Brian Pearce would give me mean looks and would not talk to me unless absolutely necessary. On or about January 31, 2019, Brian Pearce yelled at me about a fuel trailer in Yard #3.. I asked Brian Pearce if I was in trouble, his response was gruff

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| Digitally signed by Donald Sanders on 05-09-2019 02:14 PM EDT | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br><br>☐ FEPA<br><br>☒ EEOC | Agency(ies) Charge No(s):<br><br>511-2019-01465 |
|---|---|---|

| Florida Commission On Human Relations | and EEOC |
|---|---|
| *State or local Agency, if any* | |

and answered to the effect, youre gonna have a problem. On or about February 5, 2019, Brian Pearce yelled at me for shrugging my shoulders. The yelling and criticism by Brian Pearce was harsh and I felt his tone and words were degrading and unnecessary. Later that afternoon, (on or about February 5, 2019), I reported Brian Pearces behavior toward me to Jason Canada in Apopka, FL. On or about February 9 or 10, 2019, Brian Pearce was trying to open a locked toolbox. In front of others, Brian Pearce said to the effect, Wheres Chip? Hes black, I bet he do it faster. I believed this to mean, that blacks break into locked items. During a safety meeting, on or about February 13, 2019, that Probst Electric was present, I was about to share with the crew a job hazard analysis (JHA). Brian Pearce said, lets hear what she has to say. I felt I was being singled out and being ridiculed. No other crew member was treated in this manner. During an employee meeting, on or about February 14, 2019, my safety helmet fell off. Rather than just letting me pick up the helmet, Brian Pearce began kicking the helmet several times (similar to a soccer play) out of my reach, so I was unable to easily retrieve the helmet. Many of the other crew members laughed. Again, I felt I was being singled out and being ridiculed. During this same timeframe, Darren Kronberger had me put on the gear used when they airlift workers by helicopter. Lineman Jade, helped me strap on the gear. I was somewhat confused why I needed to be airlifted. This gear consists of harnesses and straps. After I had the gear on, pictures were taken to make a mockery out of me. No one ever intended to have me airlifted. There was no reason to have me gear-up except to single me out to be laughed at and ridiculed.

During this same timeframe, I was made fun of for wearing my own helicopter safety helmet and how I would dress. I was even mocked by Darren Kronberger when I wore HeliServices flight helmet. Darren Kronberger would take photos of me when I wore a fire-resistant shirt and cargo pants. I think most people I know; would say I have a good sense of humor and I am by no means overly sensitive about my race. However, no one else was being picked on continuously. I did bring the joking and ridiculing to Ben Williams and Jason Canadas attention. At another safety meeting, on or about February 6, 2019, George (do not know last name) (perhaps OSHA), mentioned at the meeting about joking and horseplay is not proper. George stressed that if a person asks a question, not to get upset with them or yell at them. Brian Pearce treated me ok for about three days following this meeting with George. On or about February 15, 2019, Brian Pearce pulled me aside and had me get into a truck at Yard #1. He was red in the face and told me he had a group meeting with the others on the crew and they talked about keeping me and Brian Pearce told me that everyone wanted me to go. I told Brian Pearce to the effect that I thought he treated me like shit since day one and said I thought he was a racist prick. I called Jason Canada in Apopka, FL and asked him about this group meeting. Jason Canada told me that he knew nothing about it.

I sent Ben Williams a text on February 15, 2019 at 3:59 p.m.: I was fired for no reason because Brian Pearce is a Racist He told me I was pretty much dumb and he has been yelling and picking at me for days I reported this to Jason a week ago (sic) Ben Williams responded by text: Chip You were let go do to crew reduction on that particular job. This request came from Management not from Brian Pearce. I asked Brian two weeks ago to start a crew reduction. We are Down sizing our crews and sending excess people home as we are nearing completion of the project. We will be sending additional Men home next week. Most people look forward to going home for a rest. And then check in with the office when they are ready for work again. That is the way the Powerline industry works. We appreciate your hard work chip and I would hope you would not A layoff as something personal. You have done a good job and will have additional opprotunitys in the future. We do not deserve problems over Giving you a great job. So think about that you know very well I am not a racist. (sic) Ben Williams further texted: Chip I will give you a call In the Morning I am boarding A flight and will arrive late tonight. (sic) I responded by text: I totally understand ben and I know for sure youre no racist..But Brian Pearce has been treating me badly since a couple weeks agoAnd today he pulled me in his truck and turned red and told me basically I was dumbAnd then proceeded to say and that he was going to let me go because there was no more work..He even yelled at me the other day and Richard evil heard him do itJust please give me a call tomorrow thanks Ben (sic) I further texted: I will be seeking legal Action for this matter (sic)

I never received a call from Ben Williams. On Wednesday, March 6, 2019 at 4:32 p.m. I sent Ben Williams the following text: Heard you got a 20 week job in The Carolinas..I,m ready willing and able to start any assignments thanks Chip (sic) Ben Williams responded by text: Chip After all the negative accusations made against our employees. The phone calls made to our customers

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| I declare under penalty of perjury that the above is true and correct.<br><br><br>Digitally signed by Donald Sanders on 05-09-2019 02:14 PM EDT | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br><br>☐ FEPA<br><br>☒ EEOC | Agency(ies) Charge No(s):<br><br>511-2019-01465 |
|---|---|---|

| Florida Commission On Human Relations | and EEOC |
|---|---|
| *State or local Agency, if any* | |

slandering my company. I do not think it would be safe working environment for you here. (sic) I responded by text: Never slander against Heli service or you!! (sic) Ben Williams responded by text: I was really disappointed to see you waste such a great opportunity. Regardless what's been done is done. (sic) As of March 6, 2019, this is the last communication I have had with Ben Williams.

Discrimination Statement
I believe that I have been harassed, intimidated, extended different terms and conditions of employment, been discharged and denied rehire, due to my Race, Black and by Retaliation for complaining that I was discharged due to my race, (which is protected activity) in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br><br>**Digitally signed by Donald Sanders on 05-09-2019 02:14 PM EDT** | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

CP Enclosure with EEOC Form 5 (11/09)

PRIVACY ACT STATEMENT: Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1.    FORM NUMBER/TITLE/DATE. EEOC Form 5, Charge of Discrimination (11/09).

2.    AUTHORITY. 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3.    PRINCIPAL PURPOSES. The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4.    ROUTINE USES. This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5.    WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION. Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## Tampa Field Office

501 East Polk Street, Room 1000
Tampa, FL 33602
National Contact Center: (800) 669-4000
National Contact Center TTY: (800) 669-6820
Tampa Status Line: (866) 408-8075
Tampa Direct Dial: (813) 228-2310
TTY (813) 228-2003
FAX (813) 228-2841

Our Reference:        Sanders v. HeliService
                      EEOC CHARGE NO.: 511-2019-01465

Mr. Donald Sanders
PO Box 983
Apalachicola, FL 32329

Dear Mr. Sanders:

The Equal Employment Opportunity Commission (EEOC) has determined that its efforts to conciliate this charge have been unsuccessful. The Commission will not litigate this matter.

Therefore, we are enclosing the Dismissal and Notice of Right-to-Sue which will entitle you to sue the Respondent on your own behalf.

Sincerely,

*Evangeline Hawthorne*    Digitally signed by
                          Evangeline Hawthorne
                          Date: 2021.08.02 13:57:07
                          -04'00'

Evangeline Hawthorne
Director

Case 1:21-cv-00434-RH-MAF Document 1 Filed 10/29/21 Page 19 of 19

PRESS FIRMLY TO SEAL

FSC C118916

PAPER
POUCH

PRESS

UNITED STATES
POSTAL SERVICE

APALACHICOLA, FL
32320
OCT 28, 21
AMOUNT

1007

32301

**$27.10**

R2305H130137-35

# PRIORITY
# MAIL
# XPRESS®

## AT RATE
## IVELOPE

RATE ■ ANY WEIGHT

chedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

---

**UNITED STATES**
**POSTAL SERVICE ®**

**PRIORITY
MAIL
EXPRESS®**

EI 002 568 655 US

**CUSTOMER USE ONLY**
**FROM:** (PLEASE PRINT)          PHONE ( 850 ) 370-0463

CHip SANdERS
C/O PO Bx 10
APALACHIGLA, FL
          32329-0010

**DELIVERY OPTIONS (Customer Use Only)**
☐ **SIGNATURE REQUIRED** *Note:* The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
  *Refer to USPS.com® or local Post Office™ for availability.

**TO:** (PLEASE PRINT)          PHONE (      )

CleeRy US DisCourt
111 N ADAMs ST Suite 322
TALLAHASSee FL

**ZIP + 4®** (U.S. ADDRESSES ONLY)
32301-7730

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

↰ **PEEL FROM THIS CORNER**

---

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☐ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
|---|---|---|---|
| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage | |
| 32320 | 10/29/21 | $ 27.10 | |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
| 10/28/29 | ☐ 6:00 PM | $ | $ |
| Time Accepted ☐ AM ☐ PM | | Return Receipt Fee $ | Live Animal Transportation Fee $ |
| Special Handling/Fragile $ | Sunday/Holiday Premium Fee $ | Total Postage & Fees | |
| Weight ☐ Flat Rate  lbs. 3 ozs. | Acceptance Employee Initials ✓ | $ 27.10 | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |
|---|---|---|
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |

LABEL 11-B, MAY 2021          PSN 7690-02-000-9996




**UNITED STATES
POSTAL SERVICE®**

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; May 2020; All rights reserved.