IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DONALD SANDERS, JR.,

    Plaintiff,

v.                                CASE NO.  4:21cv434-RH-MAF

HELI SERVICE, LLC,
BEN WILLIAMS,
and SANDRA WILLIAMS,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 8. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "This case is dismissed without prejudice for failure to prosecute and for failure to comply with a court order." The clerk must close the file.

SO ORDERED on March 4, 2022.

                                                <u>s/Robert L. Hinkle                </u>
                                                United States District Judge